■ COALITION AGAINST LINCOLN WEST, INC., et al. v CITY OF NEW YORK et al. — Motion to direct entry of judgment dismissing petition granted as indicated in the order of this court. Concur — Ross, J. P., Carro, Asch, Milonas, Kassal, JJ.